UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSENTHAL et al.,
Plaintiffs,

-against-

GUASTAVINOS, INC. et al.,
Defendants.

26-cv-07715 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on October 7, 2026:

1. Plaintiff shall have until **October 19, 2026** to file an amended complaint.

2. City of New York shall have until **October 23, 2026** to file a letter on the docket updating the Court whether it can accept service for the unserved individual defendant.

3. Served Defendants shall have until **November 16, 2026** to respond to the anticipated amended complaint. If any motion to dismiss is filed, Plaintiff shall have until **December 14, 2026** to file an opposition, and moving Defendants shall have until **December 31, 2026** to file a reply in further support.

4. If any motion to dismiss is filed, any Served Defendant shall have **one week** to file any letter-motion for a stay of discovery. If any motion to stay discovery is filed, Plaintiff shall have **one week** to file a letter opposing the requested stay.

5. The parties reported that they do not consent to magistrate judge jurisdiction.

DATED: October 8, 2026
New York, NY

SO ORDERED.

______________________________
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**