UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSENTHAL et al.,
Plaintiffs,

-against-

GUASTAVINOS, INC. et al.,
Defendants.

26-cv-07715 (JAV) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff filed an amended complaint on October 19, 2026. Accordingly, the Clerk of Court is respectfully requested to terminate the gavel at ECF 18, since the motion to dismiss the original complaint is now moot.

DATED: October 20, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**