UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
SAM ROSENTHAL, ISKANDER KHAN, and LUIGI CIAVOLINO JR., on behalf of themselves and all others similarly situated, and SEAN BASINSKI, individually,

Plaintiffs,

Case No. 1:26-cv-07715-JAV-RFT

– against –

GUASTAVINO'S INC.; ROSE GROUP PARK AVENUE LLC; BRIDGEMARKET ASSOCIATES, L.P.; MADDD 550 BROAD LLC; THE CITY OF NEW YORK; NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION; LOUIS ROSE; NYPD LIEUTENANT ANTHONY TAI (TAX #953465); NYPD OFFICER RUBENIAS CANAS (TAX #976507); NYPD OFFICER DYSMAIRY GUZMAN (TAX #958478); and JOHN DOE #1,

Defendants.
--------------------------------------------------------------X

**NOTICE OF MOTION BY DEFENDANT MADDD 550 BROAD LLC TO DISMISS THE FIRST AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Gary Rosen dated November 16, 2026 and the exhibits thereto, and all prior pleadings and proceedings in this action, Defendant MADDD 550 BROAD LLC ("MADDD") will move this Court, before the Honorable Jeannette A. Vargas, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be set by the Court, for an order:

1. pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the First Amended Complaint (ECF No. 24) as against MADDD, with prejudice as to all claims dismissed on the merits;

2. in the alternative:

(a) dismissing all claims of Plaintiffs Rosenthal, Khan and Ciavolino as against MADDD, and with them the class allegations as against MADDD;

(b) dismissing the Sixth Cause of Action as against MADDD;

(c) dismissing the Third Cause of Action, with the accounting and restoration-fund demands, as against MADDD;

(d) dismissing the Second Cause of Action as against MADDD;

(e) dismissing the First Cause of Action as against MADDD, including any theory by which Plaintiffs would enforce MADDD's lease with the City of New York;

(f) dismissing the Seventh and Eighth Causes of Action as against MADDD;

(g) dismissing as untimely all claims against MADDD to the extent based on events before August 24, 2023;

(h) striking the demands for punitive damages and attorney's fees as against MADDD; and

(i) denying further leave to amend as against MADDD or, alternatively, limiting it as set out in Point VIII of the Memorandum of Law; and

3. granting MADDD such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), any opposing papers must be served within fourteen (14) days after service of these moving papers, and any reply papers within seven (7) days after service of the opposing papers, unless the Court orders otherwise.

Dated: November 16, 2026
Great Neck, New York

______________________________
Gary Rosen, Esq.
Rosen Law LLC
Attorneys for Defendant
MADDD 550 Broad LLC
216 Lakeville Road
Great Neck, New York 11020
516-437-3400
grosen@rosenlawllc.com

TO: All parties and counsel of record (by ECF)