**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
SAM ROSENTHAL, ISKANDER KHAN, and LUIGI CIAVOLINO JR., on behalf of themselves and all others similarly situated,

and

**NOTICE OF VOLUNTARY DISMISSAL OF BRIDGEMARKET ASSOCIATES, L.P.**

SEAN BASINSKI, individually,

Plaintiffs

,

1:26-CV-07715-JAV-RFT

-against-

GUASTAVINO'S INC.; ROSE GROUP PARK AVENUE LLC; BRIDGEMARKET ASSOCIATES, L.P.; MADDD 550 BROAD LLC; THE CITY OF NEW YORK; NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION; LOUIS ROSE; NYPD LIEUTENANT ANTHONY TAI (TAX #953465); NYPD OFFICER RUBENIAS CANAS (TAX #976507); NYPD OFFICER DYSMAIRY GUZMAN (TAX #958478); and JOHN DOE #1,

Defendants.
-----------------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss, without prejudice, all claims against Defendant Bridgemarket Associates, L.P.

Bridgemarket Associates, L.P. has not served an answer or motion for summary judgment. Accordingly, dismissal is effective upon the filing of this Notice, without further order of the Court.

This dismissal applies solely to Bridgemarket Associates, L.P. All claims against the remaining Defendants remain unaffected.

Dated: New York, New York
November 24, 2026

**/s/ Sean Basinski**

SEAN BASINSKI
1073 First Avenue, #44
New York, NY 10022
seaninnigeria@gmail.com
*Attorney for Plaintiffs*