# UNITED STATES DISTRICT COURT

for the

## Southern District of New York

Sam Rosenthal, Iskander Khan, Luigi Ciavolino Jr.,
on behalf of themselves and all others similarly situated,
and Sean Basinski, individually,

Plaintiffs,

v.

Guastavino's Inc., Rose Group Park Avenue LLC,
et al.,

Defendants.

**Civil Action No.**
1:26-cv-07715 (JAV)(RFT)

# SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)

**NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION**
One Liberty Plaza
New York, New York 10006

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sean Basinski
1073 First Avenue, #44
New York, NY 10022
seaninnigeria@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: ____________________

____________________
Signature of Clerk or Deputy Clerk

For clerk issuance: signature, seal and date intentionally blank.

Civil Action No. 1:26-cv-07715 (JAV)(RFT)

# PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

This summons for New York City Economic Development Corporation

was received by me on (date): ______________________________

☐ I personally served the summons on the individual at (place):

__________________________________________________

☐ I left the summons at the individual's residence or usual place of abode with (name):

__________________________________________________

☐ I served the summons on (name of individual):

__________________________________________________

who is designated to accept service on behalf of NYCEDC.

☐ Other (specify):

__________________________________________________

Service date: ______________________

I declare under penalty of perjury that this information is true.

Date: _____________________ Server signature: ____________________________

Printed name and title: ______________________________________________

Server address: ____________________________________________________

Additional information regarding attempted service, etc.:

________________________________________________________________________________

________________________________________________________________________________